IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT,
ADC #152664                                                                    PLAINTIFF

V.                          CASE NO. 3:20-CV-90-DPM-BD

NURZHUL FAUST, *et al.*                                                        DEFENDANTS

## ORDER

Mr. Everett has moved to amend his complaint to identify the Doe Defendants. (Doc. No. 10) The motion is GRANTED. The Clerk is instructed to file Mr. Everett's motion as his amended complaint. Defendants Dykes, Day, Paine, Smith, Peters, Huyard, Collie, Pierce, Foster, Colhan, Wilber, and Brewer should be added as a party Defendants.

The Clerk is further directed to prepare summonses for Defendants Dykes, Day, Paine, Smith, Peters, Huyard, Collie, Pierce, Foster, Colhan, Wilber, and Brewer. The Marshal is directed to serve these Defendants with copies of the complaint and the amended complaint, with any attachments, and summonses, without requiring prepayment of fees and costs or security. Service for these Defendants should be effected through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 30th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE