# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                              PLAINTIFF

v.                         No. 3:20-cv-90-DPM-BD

NURZHHUL FAUST, Warden,
North Central Unit, ADC, *et al.*                                        DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's 20 March 2020 partial recommendation, *Doc. 6*, and overrules Everett's objections, *Doc. 17*. FED. R. CIV. P. 72(b)(3). The objections don't undercut Magistrate Judge Deere's reasoning on Everett's initial motion. Instead, they include many new facts about things that have allegedly happened since then. The initial motion, *Doc. 3*, is therefore denied. But the Court directs the Clerk to file Everett's objections, *Doc. 17*, as a new motion for preliminary injunctive relief. Magistrate Judge Deere will make a recommendation on that motion in due course.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2020