## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                              **PLAINTIFF**

**v.**                          **No. 3:20-cv-90-DPM-BD**

**NURZHHUL FAUST, Warden,**
**North Central Unit, ADC,** *et al.*                    **DEFENDANTS**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's 30 March 2020 and 8 April 2020 partial recommendations, *Doc. 14 & Doc. 23*, and overrules Everett's objections, *Doc. 21 & Doc. 24*. FED. R. CIV. P. 72(b)(3). If Everett is being harassed, then that behavior must stop. But courts must view prisoners' requests for injunctive relief "with great caution because judicial restraint is especially called for in dealing with the complex and intractable problems of prison administration." *Goff v. Harper*, 60 F.3d 518, 520 (8th Cir. 1995) (quotation omitted). Viewed with that caution, Everett's motions don't show that irreparable harm is likely without a preliminary injunction ordering his transfer to another unit. His motions, *Doc. 7 & Doc. 19*, are therefore denied.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 April 2020