IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT,
ADC #152664                                                              PLAINTIFF

V.                       CASE NO. 3:20-CV-90-DPM-BD

NURZHUL FAUST, *et al.*                                                DEFENDANTS

## ORDER

Mr. Everett has filed papers notifying the Court that he incorrectly identified Captain Sanders as a Defendant. (Doc. No. 78) Mr. Everett moves to dismiss his claims against Defendant Sanders and to add Captain Gilihan as a Defendant. For good cause, the motion is GRANTED. The Clerk is instructed to terminate Captain Sanders as a Defendant and add Captain Gilihan as a Defendant. Service is now appropriate for Defendant Gilihan.

The Clerk of Court is directed to prepare a summons for Defendant Gilihan. The Marshal is directed to serve Defendant Gilihan with a summons and with copies of the complaint and the amended complaints, with any attachments (Doc. Nos. 2, 13, 34), without requiring prepayment of fees and costs or security. Service for Defendant Gilihan should be effected through the Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED, this 10th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE