# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT,**
**ADC #152664**                                                                                       **PLAINTIFF**

**V.**                        **CASE NO. 3:20-CV-90-DPM-BD**

**NURZHUL FAUST,** *et al.*                                                                **DEFENDANTS**

## ORDER

Mr. Everett has filed papers requesting information regarding his third amended complaint. (Doc. No. 85) Based on a review of the docket entries for this lawsuit, it appears that the Court did not receive a third amended complaint. If Mr. Everett seeks to amend his complaint, he should file a motion to amend and attach the proposed amended complaint to his motion. The Clerk is instructed to terminate docket entry #85.

In addition, a summons has been returned unexecuted for Defendant Jordan. (Doc. No. 82) Defendants are instructed to notify the Court whether Defendant Jordan is a former employee of WellPath, LLC, and if so, to provide Defendant Jordan's last-known address, <u>under seal</u>, to the Court within 14 days.

IT IS SO ORDERED, this 12th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE