## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                              **PLAINTIFF**

**v.**                          **No. 3:20-cv-90-DPM-BD**

**NURZHHUL FAUST, Warden,**
**North Central Unit, ADC,** *et al.*                    **DEFENDANTS**

### ORDER

**1.** Objection, *Doc. 70*, overruled.   The Magistrate Judge did not clearly err or misapply the law in staying discovery on the merits until the exhaustion issue has been resolved, *Doc. 51.*   FED. R. CIV. P. 72(a). And she has remailed copies of the papers Everett needed.   *Doc. 76.*

**2.** On *de novo* review, the Court adopts the 8 June 2020 partial recommendation, *Doc. 75*, and overrules Everett's objections, *Doc. 89.* FED. R. CIV. P. 72(b)(3).   Everett's motions are light on specifics and thus don't show an immediate danger of irreparable harm.   They are therefore denied.   *Doc. 67 & 73.*

**3.** Everett's 11 June 2020 motion, *Doc. 84*, provides more details about who is allegedly threatening him with harm.   The Court therefore declines the 12 June 2020 partial recommendation, *Doc. 87.* A response to that motion is needed;   and a hearing may be necessary in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____7 July 2020_____