**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER EVERETT,
ADC #152664**                                                                                   **PLAINTIFF**

**V.**                        **CASE NO. 3:20-CV-90-DPM-BD**

**NURZHHUL FAUST,** *et al*.                                                              **DEFENDANTS**

## ORDER

Mr. Everett has filed a "motion to resolve" this lawsuit. (Doc. No. 126) In the motion, he explains that he will voluntarily dismiss this lawsuit if Defendants clear his disciplinary record from January 1, 2020, to the date he filed this motion and transfer him to a different ADC unit.

Defendants have declined Mr. Everett's settlement offer. (Doc. No. 149) Accordingly, Mr. Everett's motion is DENIED. In addition, his motion for a status update regarding this motion (Doc. No. 146) is DENIED, as moot.

Mr. Everett has also moved to amend his complaint by modifying his request for relief and including additional factual allegations. (Doc. No. 144) The motion to amend is GRANTED. The Clerk is instructed to file Mr. Everett's motion as a supplement to his third amended complaint.

IT IS SO ORDERED, this 21st day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE