**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHRISTOPHER EVERETT,
ADC #152664**                                                                                                                  **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-90-DPM-BD**

**NURZHHUL FAUST,** *et al.*                                                                    **DEFENDANTS**

## ORDER

Counsel for Arkansas Division of Correction (ADC) Defendants has notified the Court that the summons issued to Defendant Gilihan was returned by the ADC Compliance Division to the United States Marshal *unexecuted* because Defendant Gilihan is no longer employed at the ADC. The Clerk of Court is instructed to correct Document Number 155, which indicates, in error, that the summons was returned *executed*.

The ADC has provided Defendant Gilihan's last-known address, under seal. (Doc. No. 155) The Clerk of Court is directed to prepare a new summons for Defendant Gilihan. The Marshal is directed to serve this Defendant with a summons and a copy of the complaint, amended complaint, second amended complaint, and third amended complaint, with any attachments (Doc. Nos. 2, 13, 34, 134).

Service should be made without requiring prepayment of fees and costs. Defendant Gilihan can be served at the address provided under seal. Importantly, Defendant Gilihan's private mailing address must be <u>redacted</u> from the return of service and from any other public portion of the record.

IT IS SO ORDERED, this 31st day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE