# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT,**
**ADC #152664**                                                                                            **PLAINTIFF**

**V.**                              **CASE NO. 3:20-CV-90-DPM-BD**

**NURZHHUL FAUST,** *et al.*                                                                **DEFENDANTS**

## ORDER

Mr. Everett has filed a "motion for ruling on injunction/protective order Doc[.] 84 and 123." (Doc. No. 159) In his motion, Mr. Everett also requests a hearing on the motions.

On August 25, the Court recommended that Mr. Everett's motions for preliminary injunctive relief be denied. (Doc. No. 152) In that recommendation, the Court also suggested that Mr. Everett's request for a hearing on the motions be denied. Chief Judge Marshall will rule on the August 25 recommendation once the parties have had a chance to object to the findings or conclusions set out in the recommendation. To the extent Mr. Everett asks this Court to consider his request for injunctive relief and his request for a hearing, the motion (Doc. No. 159) is DENIED as moot.

Mr. Everett has also filed a "motion to resolve suit." (Doc. No. 162) In the motion, he offers to voluntarily dismiss this lawsuit if Defendants clear his disciplinary record from March 2020 through August 2020 and restore his good-time credit and classification. Defendants previously declined a similar settlement offer. (Doc. No. 149) Accordingly, Mr. Everett's motion is DENIED.

IT IS SO ORDERED, this 3rd day of September, 2020.

_____
UNITED STATES MAGISTRATE JUDGE