## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                            **PLAINTIFF**

**v.**                                 **No. 3:20-cv-90-DPM-BD**

**NURZHHUL FAUST, Warden,**
**North Central Unit, ADC,** *et al.*                      **DEFENDANTS**

### ORDER

**1.** The Court withdraws the reference.

**2.** Motion to dismiss, *Doc. 171*, granted.   Motions, *Doc. 84, 123,* *145 & 147*, denied as moot.   Partial recommendation, *Doc. 152*, declined as moot.   This case will be dismissed without prejudice.   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_NPMarshall Jr._____
D.P. Marshall Jr.
United States District Judge

_29 September 2020_