# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                              **PLAINTIFF**

v.                          **No. 3:20-cv-90-DPM**

**NURZHHUL FAUST, Warden,**
**North Central Unit, ADC,** *et al.*            **DEFENDANTS**

## JUDGMENT

The complaint and amended complaints are dismissed without prejudice.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_29 September 2020_